IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

RACE-WEST COMPANY, INC.,

        Plaintiff

vs.                                      Case No. 23-cv-62031-RS

DOUG SPECIALTIES, LLC
and DOUGLAS HABE, individually,

        Defendants
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

      Plaintiff Race-West Company, Inc., by and through undersigned counsel, hereby moves this honorable Court for entry of judgment by default against Defendants Doug Specialties, LLC and Douglas Habe, jointly and severally, pursuant to Rule 55 of the Federal Rules of Civil Procedure and the Perishable Agricultural Commodities Act, 7 U.S.C. 499a *et seq.* In support of this request, Plaintiff respectfully refers this Court to the Memorandum of Law, Declarations, and Exhibits submitted herewith.

      WHEREFORE, Plaintiff respectfully requests entry of judgment by default against defendants Doug Specialties, LLC and Douglas Habe, jointly and severally, in the total amount of $27,794.32, which includes the unpaid principal amount of $16,100.00, interest owed on that debt through December 20, 2023, in the amount of $1,697.33, attorneys' fees through December 12, 2023, in the total amount of $9,085.00, and costs in the total amount of $911.99 for Defendants' failure to plead or otherwise defend this action as fully appears from the court file herein, all pleadings filed in this action, and from the attached declarations of Plaintiff's representative and counsel.

- 2 -

Dated this 21st day of December 2023.

                         FURR AND COHEN, P.A.
                         Attorney for Plaintiff
                         2255 Glades Road, Suite 419 A
                         Boca Raton, FL 33431
                         Telephone: 561-395-0500
                         Facsimile: 561-338-7532

By: /s/ Marc P. Barmat
      MARC P. BARMAT
      Florida Bar No. 0022365
      E-Mail: mbarmat@furrcohen.com

## CERTIFICATE OF SERVICE

I, Marc Barmat, hereby certify that on this 21st day of December 2023, a copy of the foregoing Motion for Entry of Default Judgment, the Memorandum in Support, the Declarations of Counsel Marc Barmat and the Plaintiffs' Representatives, Exhibits A – G, and the proposed Order were served on all parties of record via first-class mail, postage prepaid, at the addresses below.

Mr. Douglas Habe
3480 NW 27th Avenue, E3,
Pompano Beach, FL 33069

Doug Specialties, LLC
3480 NW 27th Avenue, E3,
Pompano Beach, FL 33069

Mr. Douglas Habe
5223 Sapphire Valley
Boca Raton, Florida 33486

/s/ Marc P. Barmat
Marc P. Barmat