IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

RACE-WEST COMPANY, INC.,

    Plaintiff

vs.                                                Case No. 23-cv-62031-RS

DOUG SPECIALTIES, LLC
and DOUGLAS HABE, individually,

    Defendants
_____/

## NOTICE OF DISMISSAL

    Plaintiff Race-West Company, Inc., by and through counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action as to all Defendants.

Dated this 16th day of January 2024.

                                                    FURR AND COHEN, P.A.
                                                    Attorney for Plaintiff
                                                    2255 Glades Road, Suite 419 A
                                                    Boca Raton, FL 33431
                                                    (561) 395-0500/(561)338-7532-fax

                                    By /s/ Marc P. Barmat_____
                                                    MARC P. BARMAT
                                                    Florida Bar No. 0022365
                                                    E-Mail:  mbarmat@furrcohen.com